UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
Caption in Compliance with D.N.J. LBR 9004-2(c)
_____
Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353
_____

In re:
TRACY CRARY

      Debtors
_____

**Order Filed on August 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-10106

Chapter 13

Judge: Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: August 24, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Tracy Crary
Case No.:  17-10106 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
    _____   outside the Plan

    The debtor's monthly Plan is not modified, thus the debtor will continue to pay $1000 per month until July 2017;  then $1,574 per month beginning August 2017 for 54 months, to allow for payment of aforesaid fee.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 17-10106-CMG
Tracy Crary                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Aug 24, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db          +Tracy Crary,    206 Comp Street,    Hamilton, NJ 08619-3602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Brian C. Nicholas    on behalf of Creditor    MTGLQ INVESTORS, L.P. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John   Zimnis    on behalf of Debtor Tracy   Crary njbankruptcylaw@aol.com.
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 5