Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10106−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy Crary
   206 Comp Street
   Hamilton, NJ 08619

Social Security No.:
   xxx−xx−7384

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 30, 2017.

On February 2, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                March 7, 2018
Time:               10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 5, 2018
JAN: wdr

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-10106-CMG
Tracy Crary                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2            Date Rcvd: Feb 05, 2018
                             Form ID: 185             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.

```
db             +Tracy Crary,    206 Comp Street,    Hamilton, NJ 08619-3602
516578176      +Asset Mazimization Group,    PO Box 190191,    Re:  RWJ Hospital,
                 South Richmond Hill, NY 11419-0191
516578177      +Bureau of Accounts Control,    Re:  James Boozan, MD,    PO Box 538,    Howell, NJ 07731-0538
516578180      +Capital One,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
516578179      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516815771       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516578181      +Comenity Capital,    PO Box 182120,    Columbus, OH 43218-2120
516578182      +David Watner, Esq.,    Re: STANLEY RAUCHWERGER; DC 4856-14,    1129 Bloomfield Ave,
                 West Caldwell, NJ 07006-7123
516578183      +Emergency Physicians of S. Jersey,    PO BOX 1109,    Minneapolis, MN 55440-1109
516830823       MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516578186      +Pluese, Becker & Saltzman,    Re:  Shellpoint,    20000 Horizon Way,
                 Mount Laurel, NJ 08054-4318
516578188      +Postal Employees Credit Union,    PO Box 8033,    Trenton, NJ 08650-0033
516578190      +Shellpoint,    PO Box 740039,    Cincinnati, OH 45274-0039
516592600      +Stanley Rauchwerger, D.D.S.,    c/o David B. Watner, Esq.,    1129 Bloomfield AVe., # 208,
                 West Caldwell, NJ 07006-7123
516578191      +Verizon NJ,    500 Technology Drive,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2018 23:27:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2018 23:27:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516652252       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 05 2018 23:35:55
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516578178      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2018 23:35:54      CACH LLC,
                 Re:  GEMB; Syncb,    4340 S Monaco St,    fl 2,    Denver, CO 80237-3485
516694673       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2018 23:36:17      CACH, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
516578184      +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2018 23:30:02      GEMB/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
516578185      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 05 2018 23:26:40      Kohls,    PO Box 2983,
                 Milwaukee, WI 53201-2983
516578187       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2018 23:35:55
                 Portfolio Recovery Associates,    Re:  WFNNB; Comenity,    120 Corporate Blvd,    Ste 1,
                 Norfolk, VA 23502
516831644       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2018 23:35:55
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516806020       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 05 2018 23:36:06
                 Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
516578189      +E-mail/Text: rwjebn@rwjbh.org Feb 05 2018 23:28:08     Robert Wood Johnson Hospital,
                 One Hamilton Health Pl.,    Attn:  Patient Accounts,    Trenton, NJ 08690-3599
                                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516578175     ##+Account Resolution Svc,    Re:  Emerg Phys of S Jersey,    1801 NW 66th Ave,    Suite 200,
                 Fort Lauderdale, FL 33313-4571
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Feb 05, 2018
                              Form ID: 185             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MTGLQ INVESTORS, L.P. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Debtor Tracy   Crary njbankruptcylaw@aol.com.
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 5
```