Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−10106−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy Crary
   206 Comp Street
   Hamilton, NJ 08619

Social Security No.:
   xxx−xx−7384

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/16/19 at 09:00 AM

to consider and act upon the following:

**54** − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 206 Comp Street, Hamilton NJ 08619. Fee Amount $ 181. filed by Creditor MTGLQ INVESTORS, L.P., Motion for Relief from Co−Debtor Stay of Vincent Crary, 34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. BANK TRUST NATIONAL ASSOC., AS TRUSTEE OF THE TIKI SERIES III TRUST. Objection deadline is 01/4/2019. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Certificate Re: Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/4/19

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court