Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−10106−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy Crary
   206 Comp Street
   Hamilton, NJ 08619

Social Security No.:
   xxx−xx−7384

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/16/19 at 09:00 AM

to consider and act upon the following:

*54* − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 206 Comp Street, Hamilton NJ 08619. Fee Amount $ 181. filed by Creditor MTGLQ INVESTORS, L.P., Motion for Relief from Co−Debtor Stay of Vincent Crary, 34 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of U.S. BANK TRUST NATIONAL ASSOC., AS TRUSTEE OF THE TIKI SERIES III TRUST. Objection deadline is 01/4/2019. (Attachments: # 1 Exhibit A − Consent Order # 2 Exhibit B − Certificate Re: Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/4/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 17-10106-CMG
Tracy Crary   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jan 04, 2019
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2019.
db             +Tracy Crary,    206 Comp Street,    Hamilton, NJ 08619-3602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2019 at the address(es) listed below:
        Albert Russo    docs@russotrustee.com
        Brian C. Nicholas    on behalf of Creditor    MTGLQ INVESTORS, L.P. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOC., AS TRUSTEE OF THE TIKI SERIES III TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John Zimnis    on behalf of Debtor Tracy  Crary njbankruptcylaw@aol.com.
        Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOC., AS TRUSTEE OF THE TIKI SERIES III TRUST rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7